**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ESSIE HAMILTON,

    Plaintiff,

                                  CASE NO.: 8:16-cv-00042-MSS-AEP

v.

CREDIT PROTECTION ASSOCIATION, LP,

    Defendant.

___

**NOTICE OF PENDING SETTLEMENT**

___

**PLAINTIFF,** ESSIE HAMILTON, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ESSIE HAMILTON, and Defendant, CREDIT PROTECTION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 23$^h$ day of November, 2016, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                  */s/ Amanda J. Allen*
                                  Amanda J. Allen, Esquire
                                  Florida Bar No.: 0098228
                                  THE CONSUMER PROTECTION FIRM, PLLC
                                  210A South MacDill Avenue
                                  Tampa, FL 33609
                                  Telephone: (813) 500-1500
                                  Facsimile: (813) 435-2369
                                  Billy@TheConsumerProtectionFirm.com
                                  Amanda@TheConsumerProtectionFirm.com
                                  *Attorneys for Plaintiff*